ORIGINAL

FILED IN CLERK'S OFFICE

DEC 30 2004

_____, Clerk
_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID E LEFEVRE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO |
| | ) | 1:04-CV-3819 |
| L PARTNERS, LTD., | ) | |
| a Florida limited partnership, and | ) | |
| KOKUSAI GREEN CO., LTD., | ) | |
| a Japanese corporation | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEMAND FOR JURY TRIAL

Plaintiff David E LeFevre, by and through his undersigned counsel, demands a trial by jury pursuant to Rule 38, F.R.Civ.P.

Date: December 30, 2004

HOLLAND & KNIGHT LLP

_____
Alfred B Adams III
Georgia Bar No. 002300

Attorneys for Plaintiff

Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3400
Phone: 404-817-8500
Fax 404-881-0470

# 2498040_v1