ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID E. LEFEVRE,

    Plaintiff,

v.

L. PARTNERS, LTD. A Florida limited
Partnership, and KOKUSAI GREEN
CO., LTD., a Japanese corporation,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case Number:

1:04-CV-3819

To:  Kokusai Green Co., Ltd.
      c/o Saburo Oto, Registered Agent
      3704 w. Griflow Street
      Tampa, Florida

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

      Alfred B. Adams III
      HOLLAND & KNIGHT LLP
      One Atlantic Center, Suite 2000
      1201 West Peachtree Street, N.E.
      Atlanta, Georgia 30309-3400    (404) 817-8500

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                  DEC 30 2004
**CLERK**                                                      **DATE**

*[signature]*
**(BY) DEPUTY CLERK**

≈AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted _____

_____
_____

☐ Other (specify) _____

_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                     Date                                        *Signature of Server*


                                          _____
                                                       *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DAVID E. LEFEVRE,**  **SUMMONS IN A CIVIL ACTION**

    Plaintiff,  **Case Number:**

v.

**L. PARTNERS, LTD. A Florida limited Partnership, and KOKUSAI GREEN CO., LTD., a Japanese corporation,**

    Defendants.

To:   L. Partners, Ltd.
      c/o William Reece Smith, Jr., Esquire, Registered Agent
      Carlton, Fields, Ward, et al.
      Corporate Center Three at International Plaza
      4221 W. Boy Scout Boulevard
      Tampa, Florida 33607

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

      **Alfred B. Adams III**
      **HOLLAND & KNIGHT LLP**
      **One Atlantic Center, Suite 2000**
      **1201 West Peachtree Street, N.E.**
      **Atlanta, Georgia 30309-3400**    **(404) 817-8500**

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                        DEC 3 0 2004
**CLERK**                                                                              **DATE**

**(BY) DEPUTY CLERK**

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____   _____
             Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure