# United States District Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID E. LEFEVRE,                    SUMMONS IN A CIVIL ACTION

    Plaintiff,                         Case Number:

v.

L. PARTNERS, LTD. A Florida limited         **1:04-CV-3819-GET**
Partnership, and KOKUSAI GREEN
CO., LTD., a Japanese corporation,

    Defendants.


To:   Kokusai Green Co., Ltd.
       c/o Saburo Oto, Agent
       3704 West Griflow Street
       Tampa, Florida

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

       Alfred B. Adams III
       HOLLAND & KNIGHT LLP
       One Atlantic Center, Suite 2000
       1201 West Peachtree Street, N.E.
       Atlanta, Georgia  30309-3400         (404) 817-8500

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                                    JAN 4 2005
_____                         _____
**CLERK**                                           **DATE**

_____
**(BY) DEPUTY CLERK**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                           Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.