IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID E. LEFEVRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| L. PARTNERS, LTD., | ) | |
| A Florida limited partnership, and | ) | 1:04-CV-3819-GET |
| KOKUSAI GREEN CO., LTD., | ) | |
| A Japanese corporation | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT L. PARTNERS, LTD.'S MOTION TO DISMISS

COMES NOW Defendant L. Partners, Ltd. ("L. Partners") and, pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), submits its Motion to Dismiss.

As more fully set forth in the accompanying *Memorandum of Law in Support of Defendant L. Partners, Ltd.'s Motion to Dismiss*, which is incorporated herein, L. Partners respectfully moves this Court to dismiss the Complaint in the above-styled matter on the grounds that (1) Plaintiff has failed to adequately plead subject matter jurisdiction; and (2) this Court does not have personal jurisdiction over L. Partners.

[*Signature on Following Page*]

1857600v1

This 7th day of February, 2005.

Respectfully Submitted,

ARNALL GOLDEN GREGORY, LLP

_____
Robert L. Rothman
Georgia Bar No. 615850

Attorneys for Defendant
L. Partners, Ltd.

171 17th Street
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID E. LEFEVRE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| L. PARTNERS, LTD., A Florida limited partnership, and KOKUSAI GREEN CO., LTD., A Japanese corporation | ) ) ) ) ) | 1:04-CV-3819-GET |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing *Defendant L. Partners, Ltd.'s Motion to Dismiss* was served by electronic mail and United States mail, first-class, with sufficient postage attached to:

Alfred B. Adams III
HOLLAND & KNIGHT LLP
Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3400

This 7th day of February, 2005.

Robert L. Rothman