# Exhibit A

| | |
|---|---|
| DAVID E. LEFEVRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO. |
| L. PARTNERS, LTD., ) | |
| A Florida limited partnership, and ) | 1:04-CV-3819-GET |
| KOKUSAI GREEN CO., LTD., ) | |
| A Japanese corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF CHRIS PHILLIPS

State of Florida

County of Hillsborough

I, Chris Phillips, depose and say as follows:

1. My name is Chris Phillips. I am competent to give this declaration and do so of my personal knowledge in support of Defendant L. Partners, Ltd.'s Motion to Dismiss and for all other purposes authorized by law.

2. I am a resident of Florida and am presently attorney-in-fact for L. Partners, Ltd. ("L. Partners"). I previously was executive vice president of L. Partners, Inc., the sole general partner of L. Partners.

3. On or about July 8, 1998, L. Partners and Defendant Kokusai Green Co., Ltd. ("Kokusai") executed three promissory notes in favor of David E. LeFevre, the Plaintiff in this action.

4. To the best of my knowledge, information and belief, at the time of the negotiations, Mr. LeFevre resided and conducted his business affairs in the state of Florida. Likewise, L. Partners was located in the state of Florida. The negotiation of the terms of the promissory notes took place entirely in the state of Florida. No negotiation of the terms took place in the state of Georgia. Although the notes were executed on behalf of L. Partners in the state of Georgia, the notes do not provide for and at no time has there been any performance of the notes in the state of Georgia. Indeed, the notes provide for performance in the state of Florida.

5. L. Partners does not now and has never conducted business in Georgia. L. Partners does not now and has never had employees or offices located in Georgia. L. Partners does not now and has never owned property in Georgia. Additionally, none of L. Partners' limited or general partners is now or has ever been a citizen or resident of Georgia.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Executed on this ___ day of February, 2005, in Tampa, Florida.

_____
Chris Phillips   2/3/05