# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DAVID E. LEFEVRE,                          )
                                           )
    Plaintiff,                             )
                                           )
v.                                         )
                                           )    CIVIL ACTION FILE NO.
                                           )
L. PARTNERS, LTD.,                         )
A Florida limited partnership, and         )    1:04-CV-3819-GET
KOKUSAI GREEN CO., LTD.,                    )
A Japanese corporation                     )
                                           )
    Defendants.                            )
                                           )

## STIPULATION EXTENDING TIME TO RESPOND TO L. PARTNERS, LTD.'S MOTION TO DISMISS

COMES NOW David E. Lefevre, Plaintiff, and L. Partners, LTD., a named Defendant, and, by and through their undersigned counsel, stipulate that plaintiff Davide E. Lefevre shall have through and including March 11, 2005 to respond to defendant L. Partners, LTD.'s motion to dismiss.

Consented and stipulated to this 22nd day of February, 2005.

HOLLAND & KNIGHT LLP

By:_____
Alfred B. Adams III
Georgia Bar No. 002300

Attorneys for Plaintiff

Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3400
Phone: 404-817-8500
Fax: 404-881-0470

ARNALL GOLDEN & GREGORY, LLP


By: _____

Robert L. Rothman
Georgia Bar No. 615850
(Signed With Express Permission Given To
Alfred B. Adams III)
Attorneys for Defendant
L. Partners, LTD.


171 17th Street
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501


## ORDER

The parties having agreed hereto, it is ORDERED that the time within which

Plaintiff David E. Lefevre has to respond to Defendant L. Partners, LTD.'s motion

to dismiss is extended to and through March 11, 2005.

This _____ day of _____, 2005.


_____
Judge, U. S. District Court

# 2636924_v1