DAVID E. LEFEVRE,                          )
                                           )
     Plaintiff,   )
                                           )
v.                                         )     Civil Action File No.
                                           )     1:04-CV-3819-GET
L. PARTNERS, LTD.,                         )
a Florida limited partnership, and         )
KOKUSAI GREEN CO., LTD.,                   )
a Japanese corporation,                    )
                                           )
     Defendants.  )
_____)

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1(D)(1), F. Robert Slotkin, Jr. files this his notice of appearance as counsel for Plaintiff. Please substitute F. Robert Slotkin, Jr., Georgia Bar No. 653001, Holland & Knight LLP, 1201 West Peachtree Street, N.E., One Atlantic Center, Suite 2000, Atlanta, Georgia 30309-3400, (404) 817-8500, bobby.slotkin@hklaw.com, for the undersigned as counsel for the Plaintiff, David E. Lefevre in the above-entitled action, and remove Alfred B. Adams, III as counsel of record.

All further pleadings, orders and notices should be sent to substitute counsel.

This 3rd day of March, 2005.

HOLLAND & KNIGHT LLP


/s Alfred B. Adams III
Georgia Bar No. 002300


/s F. Robert Slotkin, Jr.
Georgia Bar No. 653001

1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, Georgia  30309-3400
(404) 817-8500
(404) 881-0470 (fax)
al.adams@hklaw.com
bobby.slotkin@hklaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID E. LEFEVRE,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Civil Action File No.
                                     )        1:04-CV-3819-GET
L. PARTNERS, LTD.,                   )
a Florida limited partnership, and   )
KOKUSAI GREEN CO., LTD.,             )
a Japanese corporation,              )
                                     )
        Defendants.                  )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2005, I electronically filed the foregoing

Notice of Appearance and Substitution of Counsel with the Clerk of Court using

the CM/ECF system which will automatically send email notification of such filing

to the following attorney of record:

Robert L. Rothman
ARNALL GOLDEN GREGORY, LLP
171 17th Street, Suite 2100
Atlanta, Georgia 30363

On this 3rd day of March, 2005.

                                      s/ F. Robert Slotkin, Jr.
                                     State Bar No. 653001