UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID E. LEFEVRE,<br><br>    Plaintiff,<br><br>v.<br><br>L. PARTNERS, LTD.,<br>a Florida limited partnership, and<br>KOKUSAI GREEN CO., LTD.,<br>a Japanese corporation,<br><br>    Defendants. | Civil Action File No.<br>1:04-CV-3819 |

## Joint Certificate of Interested Persons

(1)     The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

David E. LeFevre – plaintiff

L. Partners, Ltd. – defendant

Kokusai Green Co., Ltd. - defendant

(2)     The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

L. Partners, Inc. – general partner of L. Partners, Ltd.

L. International, Inc. – limited partner of L. Partners, Ltd.

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

F. Robert Slotkin – counsel for plaintiff

Stacy D. Blank – counsel for plaintiff (applying to appear pro hac vice)

Robert L. Rothman – counsel for L. Partners, Ltd.

Submitted this 9th day of March, 2005.

/s/ Robert Slotkin
Counsel for plaintiff
F. Robert Slotkin
Georgia Bar No. 653001

/s/ Robert L. Rothman
Counsel for defendant,
L. Partners, Ltd.
Robert L. Rothman
Georgia Bar No. 615850

#2675674_v1