ORIGINAL

# United States District Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DAVID E. LEFEVRE,** | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | Case Number:  1:04-CV-3819-GET |
| v. | |
| **L. PARTNERS, LTD.** A Florida limited Partnership, and **KOKUSAI GREEN CO., LTD.**, a Japanese corporation, | |
| Defendants. | |

To:  Kokusai Green Co., Ltd.
     1-16-1 Ginza
     Chuo-Ky, Tokyo 104-0061
     Japan

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

> F. Robert Slotkin
> **HOLLAND & KNIGHT LLP**
> One Atlantic Center, Suite 2000
> 1201 West Peachtree Street, N.E.
> Atlanta, Georgia  30309-3400        (404) 817-8500

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                                    APR 2 7 2005
_____                           _____
**CLERK**                                           **DATE**

_____
**(BY) DEPUTY CLERK**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          *Signature of Server*

                                    _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.