# United States District Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DAVID E. LEFEVRE,** | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | Case Number: 1:04-CV-3819-GET |
| v. | |
| **L. PARTNERS, LTD.** A Florida limited Partnership, and **KOKUSAI GREEN CO., LTD.**, a Japanese corporation, | |
| Defendants. | |

To: Kokusai Green Co., Ltd.
c/o Chris Phillips, Agent
1618 Crossridge Drive
Brandon, Florida 33510

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

> F. Robert Slotkin
> HOLLAND & KNIGHT LLP
> One Atlantic Center, Suite 2000
> 1201 West Peachtree Street, N.E.
> Atlanta, Georgia 30309-3400        (404) 817-8500

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                                                APR 2 8 2005

**CLERK**                                                                **DATE**

*[signature]*

**(BY) DEPUTY CLERK**