UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

David L. LeFevre,

      Plaintiff,

v.                                                                  Case No. 1:04-CV-3819

L. Partners, Ltd., a Florida limited
Partnership, and Kokusai Green
Co., Ltd., a Japanese corporation,

      Defendants.
_____/

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, David E. LeFevre, through his undersigned counsel, hereby gives notice of filing return of service of process on Kokusai Green Co., Ltd, c/o Saburo Oto, and Kokusai Green Co., Ltd., c/o Chris Phillips.

      HOLLAND & KNIGHT LLP

      s/ F. Robert Slotkin, Jr.
      Georgia Bar No.653001
      Attorney for Plaintiff

Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3400
Phone: 404-817-8500
Fax: 404-881-0470

IN THE
UNITED STATES DISTRICT COURT OF GEORGIA ATLANTA
DIVISION
State of Georgia

DAVID E. LEFEVRE

vs. *Plaintiff / Petitioner*

L. PARTNERS, LTD., ET AL

*Defendant / Respondent*

CASE NUMBER 1:04-CV-3819

DIVISION:

TYPE OF WRIT:
Summons in a Civil Action, Complaint on Promissory Note With Exhibits, Amended Complaint on Promissory Notes with Exhibits

## RETURN OF SERVICE

COUNTY OF HILLSBOROUGH

I received this process on 4/29/2005, to be served on:
Kokusai Green Co., Lts, c/o Saburo Oto, Agent
3704 West Griflow Street, Tampa, FL

Being duly sworn, I depose and say that at 6:25 PM on Monday, May 02, 2005
SERVED the within named corporation by delivering a true copy of the above-referenced process, with the date and hour of service endorsed thereon by me, to:
Saburo Otto                Agent
in compliance with F.S. 48.081.

**REMARKS:**

It is not known whether the above-referenced property is a single-family dwelling.

I am a Certified Process Server, over the age of eighteen, and have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Donald Seward

Administrative Appointment # 48-0900114

Appointed in accordance
with State Stautes.
NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

93649

IN THE
UNITED STATES DISTRICT COURT OF GEORGIA ATLANTA
DIVISION

State of Georgia

DAVID E. LEFEVRE

vs. *Plaintiff / Petitioner*

L. PARTNERS, LTD., ET AL

*Defendant / Respondent*

CASE NUMBER 1:04-CV-3819

DIVISION:

TYPE OF WRIT:
Summons in a Civil Action, Complaint on Promissory Note With Exhibits, Amended Complaint on Promissory Notes with Exhibits

## RETURN OF SERVICE

COUNTY OF HILLSBOROUGH

I received this process on 4/29/2005, to be served on:
Kokusai Green Co., Ltd, c/o Chris Phillips, Agent
1618 Crossridge Drive, Brandon, FL 33510

Being duly sworn, I depose and say that at 8:25 AM on Saturday, April 30, 2005
SERVED the within named corporation by delivering a true copy of the above-referenced process, with the date and hour of service endorsed thereon by me, to:
Chris Phillips                           Agent
in compliance with F.S. 48.081.

**REMARKS:**

The above-referenced stated that he/she IS NOT currently serving in the military

It is not known whether the above-referenced property is a single-family dwelling.

I am a Certified Process Server, over the age of eighteen, and have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

Woody Murray

Administrative Appointment # 26-7919414

Appointed in accordance
with State Stautes.
NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

93648

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

David L. LeFevre,

      Plaintiff,

v.                                  Case No. 1:04-CV-3819

L. Partners, Ltd., a Florida limited
Partnership, and Kokusai Green
Co., Ltd., a Japanese corporation,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2005, I electronically filed the foregoing Notice of Return of Service with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Robert L. Rothman
ARNALL GOLDEN GREGORY, LLP
171 17th Street, Suite 2100
Atlanta, Georgia 30363

This 31st day of May, 2005.

                                          s/ F. Robert Slotkin, Jr.
                                          Georgia Bar No.653001

# 2833025_v1