FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 2 3 2005

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID E. LEFEVRE,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )      Civil Action File No.
                                     )      1:04-cv-3819 -GET
L. PARTNERS, LTD.,                   )
a Florida limited partnership, and   )
KOKUSAI GREEN CO., LTD.,             )
a Japanese corporation,              )
                                     )
        Defendants.                  )
                                     )

## PLAINTIFF'S STATUS REPORT REGARDING
## SERVICE OF PROCESS ON KOKUSAI GREEN CO., LTD.

Plaintiff David E. LeFevre files this status report to advise the Court regarding his effort to effect initial service of process on defendant Kokusai Green Co., Ltd. ("Kokusai").

Kokusai is a Japanese corporation that was, at the time of the execution of the promissory notes at issue in this case, authorized to transact business in the state of Florida. Kokusai owned The Tampa Bay Lightning, the National Hockey League franchise in Tampa, Florida, as well as the arena in which the team played its hockey games. Kokusai no longer transacts business in Florida.

Following the initiation of this lawsuit, the plaintiff began his attempts to serve Kokusai with the Complaint and Summons at its offices in Japan. The plaintiff secured translations of the documents into Japanese as required by the Hague Convention. In addition, a representative of the plaintiff traveled to Tokyo, Japan and visited the headquarters of Kokusai. The plaintiff's representative confirmed Kokusai's physical presence at that location and further secured the

accurate street address, telephone, and facsimile numbers. Based on that information, the plaintiff submitted the package of translated documents to the Japanese Foreign Ministry for service under the Hague Convention.

Many months later, the package of documents was returned from the Japanese Foreign Ministry. The Japanese government failed to serve the documents on Kokusai. The reasons for the failed service were provided only in Japanese. The plaintiff has now secured a translation of the return of service and has learned that the documents were not served because Kokusai purportedly is not located at the address provided.

The plaintiff is now investigating to determine whether Kokusai, in fact, relocated after the plaintiff's representative confirmed its address, or whether Kokusai is attempting to evade service.

F. Robert Slotkin, Jr.
Georgia Bar No. 653001

Attorney for Plaintiff
David E. LeFevre

HOLLAND & KNIGHT, LLP
1201 West Peachtree Street, N.E.
Suite 2000, One Atlantic Center
Atlanta, Georgia 30309-3400

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID E. LEFEVRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:04-cv-3819 |
| L. PARTNERS, LTD., | ) | |
| a Florida limited partnership, and | ) | |
| KOKUSAI GREEN CO., LTD., | ) | |
| a Japanese corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify I have on November 22, 2005 served the within and foregoing **PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS ON KOKUSAI GREEN CO., LTD.** upon all parties who have made an appearance in this matter by placing a true and correct copy of same in the United States Mail with adequate postage thereon to ensure proper delivery and addressed as follows:

Robert Leonard Rothman
Arnall Golden & Gregory
171 17th Street, Suite 2100
Atlanta, GA 30363-1031

This 22nd day of _November_, 2005.

F. Robert Slotkin, Jr.
Georgia Bar No. 653001

Attorney for Plaintiff
David E. LeFevre

HOLLAND & KNIGHT, LLP
1201 West Peachtree Street, N.E.
Suite 2000, One Atlantic Center
Atlanta, Georgia 30309-3400

3

# 3398116_v1