IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 14 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DAVID E. LeFEVRE

Plaintiff,

v.

L. PARTNERS, Ltd., *a Florida limited partnership*, and KOKUSAI GREEN CO. Ltd., *a Japanese corporation*

Defendant.

CIVIL ACTION NO.
1:04-cv-3819-GET

## ORDER

The above styled action has been pending in this court for more than six (6) months without any substantial proceedings of record having been taken during such time, therefore,

IT IS ORDERED that this action be and the same hereby is DISMISSED without prejudice for want of prosecution, pursuant to Local Rule 41.3 (A)(3) of this court.

SO ORDERED, this 14 day of August, 2006

G. ERNEST TIDWELL
UNITED STATES DISTRICT JUDGE