**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DAVID E. LeFEVRE,<br><br>        Plaintiff(s)<br><br>vs.<br><br>L. PARTNERS, Ltd., a Florida limited partnership and KOKUSAI GREEN CO., Ltd., a Japanese corporation,<br><br>        Defendant(s) | CIVIL ACTION FILE<br><br>NO. 1:04-cv-3819-GET |

## <u>J U D G M E N T</u>

This action having come before the court, G. Ernest Tidwell, United States District Judge, for consideration of this court's Local Rule 41.3 (A)(3), and the court having found the above named action pending before this court for more than six months without any substantial proceedings of record, it is,

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for want of prosecution.

Dated at Atlanta, Georgia this 29th day of August, 2006.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                                       /s/ Janice Micallef
                    By: _____
                            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 29, 2006
James N. Hatten,
Clerk of Court

/s/ Janice Micallef
By: _____
     Deputy Clerk